FILED - USDC -NH
2026 JUL 16 PM12:25

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.

DAVID MACLEAN

No. 26-cr-55-JL-AJ-01

18 U.S.C. § 2250(a)

INFORMATION

The United States Attorney charges:

COUNT ONE

[18 U.S.C. § 2250(a) – Failure to Register]

Beginning at an unknown date but at least by in or around November 2021, and continuing until at least in or around October 2025, in the District of New Hampshire, the defendant,

DAVID MACLEAN

a person required to register under the Sex Offender Registration and Notification Act ("SORNA") by reason of a conviction under federal law, knowingly failed to register in the State of New Hampshire as required by SORNA.

In violation of Title 18, United States Code, Section 2250(a).

Date: July 16, 2026

ERIN CREEGAN
United States Attorney

Matthew T. Hunter
Assistant United States Attorney