**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW HAMPSHIRE**

UNITED STATES OF AMERICA

v. No. 1: 26-cr-00055-JL

DAVID MACLEAN

DEFENSE SENTENCING MEMORANDUM

An extensive sentencing memorandum is not necessary in this case. The case presents the Court with a C-Plea based on the realities of litigation. As set forth in the presentence investigation report, the sentence provided in the negotiated C-Plea is significantly above the advisory guidelines sentence. However, as also set forth in the presentence investigation report, the Government has evidence which it would use to bring additional charges if Mr. MacLean did not have a plea agreement. Those other charges are more serious than the offense to which Mr. MacLean pled guilty. If Mr. MacLean were convicted of one or more of the other offenses, he would be facing a much harsher sentence than that contemplated by the C-Plea. Faced with that risk, Mr. MacLean chose to enter into the negotiated plea agreement despite the above-guidelines sentence.

There are significant mitigating factors. Mr. MacLean is 78 years old. His prior health problems include a heart attack and quadruple bypass surgery in his 60s. Although Mr. MacLean was convicted at age 70 of possessing child pornography, he had no criminal record prior to that. Rather, he was a law-abiding member of society with a degree in mechanical engineering. He worked for years at various research and development jobs, including at Smith Medical in Keene.

Mr. MacLean was cooperative with the Probation Officer who questioned him about the matters which led to this prosecution. A great part of the evidence against him comes from his own admissions. He has accepted responsibility for his conduct by pleading guilty. At the Merrimack County House of Corrections, he has had no disciplinary issues. He has worked hard to make good use of his time in jail by taking available classes and participating in group counseling.

Mr. MacLean acknowledges that he has struggled with an addiction. He states that appropriate treatment was not available at the prison where he dserve his prior sentence. For that reason, he requested as part of the plea agreement that the Court recommend to the BOP placement at a facility offering treatment programs for individuals addicted to sex and/or unlawful sexual material. Mr. MacLean hopes to receive that treatment while in prison and to live the rest of his life without again succumbing to his addiction.

Date: November 23, 2026.

Respectfully submitted
by counsel for David MacLean,

*/s/ Richard Guerriero*

Richard Guerriero, Esq.
N.H. Bar No. 10530
Lothstein Guerriero, PLLC
Chamberlain Block Building
39 Central Square, Suite 202
Keene, NH 03431
Telephone: (603) 352-5000
richard@nhdefender.com

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the nonregistered participants on the date the document was signed by me.

*/s/ Richard Guerriero*
Richard Guerriero